# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

MAJOR STEFAN FREDERICK COOK,

      Plaintiffs,

v.                                          CASE NO:  8:09-cv-1382-T-26EAJ

SIMTECH, INC., LARRY GRICE,
CEO OF SIMTECH, DEFENSE
SECURITY SERVICES, COLONEL
LOUIS B. WINGATE, DR. ROBERT
M. GATES, UNITED STATES
SECRETARY OF DEFENSE, BARACK
HUSSEIN OBAMA,

      Defendants.
_____/

## O R D E R

      This cause comes before the Court on *pro se* Plaintiff Major Stefan Frederick Cook's Application for Temporary Restraining Order and Preliminary Injunction. The Court observes that Plaintiff's Application is not accompanied by a complaint and, therefore, fails to comply with the requirements of Local Rules 4.05(b)(2) and 4.06(b)(1). Furthermore, as the Eleventh Circuit Court of Appeals has observed, "[t]here is no such thing as a suit for a traditional injunction in the abstract." Klay v. United Healthgroup, Inc., 376 F.3d 1092, 1097 (11th Cir. 2004).

      **ACCORDINGLY**, it is **ORDERED AND ADJUDGED**:

Plaintiff's Application for Temporary Restraining Order and Preliminary Injunction (Dkt. 1) is denied without prejudice. The Clerk is directed to terminate any pending motions and to close this case.

**DONE AND ORDERED** at Tampa, Florida, on July 23, 2009.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
*Pro se* Plaintiff